IN the INTEREST OF: A.A.F., JR., a Minor

Petition of: V.B., Mother

In the Interest of: J.A.J., a Minor

Petition of: V.B., Mother

No. 175 EAL 2017
No. 176 EAL 2017

Supreme Court of Pennsylvania.

June 21, 2017

## ORDER

PER CURIAM

AND NOW, this 21st day of June, 2017, the Petition for Allowance of Appeal is DENIED.

COMMONWEALTH of Pennsylvania, Respondent

v.

William Eric WEBB, Petitioner

No. 57 MAL 2017

Supreme Court of Pennsylvania.

June 21, 2017

## ORDER

PER CURIAM

AND NOW, this 21st day of June, 2017, the Petition for Allowance of Appeal is DENIED.